

# UNITED STATES DISTRICT COURT
# DISTRICT OF MARYLAND

CHAMBERS OF
Paula Xinis
UNITED STATES DISTRICT JUDGE

6500 Cherrywood Lane
Greenbelt, MD 20770
(301) 344-0653

November 1, 2017

RE: *Nallagonda v. Osiris Therapeutics*
    PX 15-3562

**LETTER ORDER**

Dear Counsel:

As discussed in the status conference conducted today, the stay on filing an amended complaint that is currently in place will be **extended sixty days (until December 31, 2017)** to allow the parties to pursue settlement discussions. The parties are to file a joint status report no later than **January 10, 2018.**

Although informal, this is an Order of the Court and shall be docketed as such.

Sincerely,

/S/

Paula Xinis
United States District Judge

Northern Division • 4228 U.S. Courthouse • 101 W. Lombard Street • Baltimore, Maryland 21201• 410-962-2600
Southern Division • 200 U.S. Courthouse • 6500 Cherrywood Lane • Greenbelt, Maryland 20770 • 301-344-0660

**Visit the U.S. District Court's Website at www.mdd.uscourts.gov**