UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
BALTIMORE DIVISION

| | |
|---|---|
| KIRAN KUMAR NALLAGONDA,<br><br>Plaintiff,<br>vs.<br><br>OSIRIS THERAPEUTICS, INC., *et. al*.<br><br>Defendants. | Case No.: 1:15-cv-03562-PX<br><br>LEAD PLAINTIFF'S UNOPPOSED MOTION FOR PRELIMINARILY APPROVAL OF SETTLEMENT AND PROVIDING FOR NOTICE |

Dr. Raffy Mirzayan, ("Lead Plaintiff") respectfully moves the Court for an order granting preliminary approval of the proposed Settlement with Defendants, Osiris Therapeutics, Inc., Lode Debrabandere, Gregory I. Law and Philip R. Jacoby, Jr. ("Defendants") and providing for notice to the proposed Class of investors.

In support of this motion, Lead Plaintiff submits: 1) the accompanying memorandum in support of this motion; 2) Exhibit A (along with attachments A-1, A-2 and A-3) to the accompanying memorandum; and 3) the accompanying Declaration of Peter E. Borkon in support of this motion (along with Exhibits A thru E).

Dated: June 12, 2018

Respectfully Submitted,

*/s/Wayne G. Travell*
Wayne G. Travell

Wayne G. Travell (Bar No. 09182)
Robert R. Vieth (Bar No. 22926)
HIRSCHLER FLEISCHER, PC

8270 Greensboro Drive, Suite 700
Tysons, VA 22102
Telephone: (703) 584-8903
Facsimile: (703) 584-8901

*Liaison Counsel for the Class*

Reed R. Kathrein (*Pro Hac Vice*)
Peter E. Borkon (*Pro Hac Vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Ave., Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001

Steve W. Berman (*Pro Hac Vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
1918 Eighth Avenue, Suite 3300
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594

*Lead Counsel for the Class*

**CERTIFICATE OF SERVICE**

I hereby certify that I am the ECF User whose ID and password are being used to electronically file the foregoing with the Clerk of the Court using the CM/ECF system on June 12, 2018, which will send notification of such filing to the e-mail addresses registered, as denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

*/s/Wayne G. Travell*
Wayne G. Travell

Wayne G. Travell (Bar No. 09182)
Robert R. Vieth (Bar No. 22926)
HIRSCHLER FLEISCHER, PC
8270 Greensboro Drive, Suite 700
Tysons, VA 22102
Telephone: (703) 584-8903
Facsimile: (703) 584-8901
wtravell@hf-law.com
rvieth@hf-law.com

*Liaison Counsel for the Class*